UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO. 11 B 48293
CHAPTER 13

EDWARD E BREWER SR
IRENE BREWER   JUDGE JACQUELINE P COX

DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** M & I BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 11 | XXXXXX7091 | $4,375.76 | $332.08 | $332.08 |
| Total Amount Paid by Trustee | | | | | $332.08 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit         **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-48293-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 21st day of September, 2016.

Debtor:
EDWARD E BREWER SR
IRENE BREWER
16112 WOODLAWN WEST
SOUTH HOLLAND, IL 60473-1416

Attorney:
DANIEL M MOULTON
10150 S WESTERN AVE #REAR
CHICAGO, IL 60643
via Clerk's ECF noticing procedures

Creditor:
M & I BANK
770 N WATER ST
MILWAUKEE, WI 53202

Mortgage Creditor:
AURORA BANK FSB
2617 COLLEGE DR
SCOTTSBLUFF, NE 69363

Mortgage Creditor:
BANK OF AMERICA NATIONAL ASSOC
% JOHNSON BLUMBERG & ASSOC LLC
230 W MONROE # 1125
CHICAGO, IL 60606

Mortgage Creditor:
WELLS FARGO BANK
3476 STATEVIEW BLVD
MAC X7801-014
FT MILL, SC 29715

Mortgage Creditor:
BANK OF AMERICA
% ANSELMO LINDBERG OLIVER LLC
1771 W DIEHL RD #120
NAPERVILLE, IL 60563

Mortgage Creditor:
HEAVNER SCOTT BEYERS & MIHLAR
PO BOX 740
DECATUR, IL 62525

ELECTRONIC SERVICE - United States Trustee

Date: September 21, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603